■ In the Matter of ROBERT M. WEICHERT, Appellant-Respondent, v VILLAGE OF CENTRAL SQUARE, Respondent-Appellant. (Appeal No. 2.) [625 NYS2d 958] —Judgment unanimously affirmed without costs. Same Memorandum as in *Matter of Weichert v Village of Cent. Sq.* (213 AD2d 1029 [decided herewith]). (Appeals from Judgment of Supreme Court, Oswego County, Hurlbutt, J.—Article 78.) Present—Denman, P. J., Lawton, Fallon, Balio and Boehm, JJ.